PROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2019

SEAN F. McAVOY, CLERK

## Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Ohara M. Molinero | Case Number: 0980 2:09CR00126-FVS-1 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Court Judge | |
| Date of Original Sentence: October 26, 2010 | Type of Supervision: Term Of Supv Rel |
| Original Offense: Cts. 1 and 2: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1); and Ct. 4: Possession with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1). | Date Supervision Commenced: August 30, 2016 |
| Original Sentence: Prison - 78 M; TSR - 120 M | Date Supervision Expires: December 2, 2025 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by having used methamphetamine on or about July 14, 2019. |
| | On December 4, 2015, this officer met with Ohara M. Molinero and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Molinero signed acknowledging the requirements. |
| | Ohara M. Molinero called this officer on July 14, 2019, and disclosed he consumed methamphetamine on or about July 13, 2019, and July 14, 2019. |

## U.S. Probation Officer Action:

This officer admonished Mr. Molinero for his use of illegal substances and explained it was unacceptable as it violated his conditions of supervision and many of his goals he had sent for himself. We discussed the short and long term potential consequences that could come from his current use. He stated he currently had been removed from his clean and sober residence and was back living with his mother. It could effect the ability to see and spend time with his daughter. He could face jail time and it could impact his employment and opportunity to complete the heating, ventilating, and air conditioning (HVAC) program. He stated the long-term effects could be going back to prison, being away from his daughter and health concerns. We discussed alternatives and he agreed to disclosed his

use to his treatment provider, his treatment group and his Narcotics Anonymous (NA) self-help support group. He expressed sadness, shock and disbelief with his drug use. He stated he was frustrated he did not utilize his support group, his sponsor or call his counselor or this officer.

This officer spoke with Mr. Molinero's counselor and she confirmed he disclosed his drug use. She felt he was honest and committed to his program, working with her and increasing some of his sessions to focus on some relapse prevention strategies. At this time she did not believe a higher level of care or services were warranted.

This officer respectfully requests the Court allow the defendant to continue with his current term of supervision which would permit this officer to continue to support his sobriety through treatment and supportive supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: August 13, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer
Date: August 13, 2019

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Fred Van Sickle

Signature of Judicial Officer

August 13, 2019
Date