PROB 12C
(6/16)

Report Date: September 26, 2019

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ohara M. Molinero                Case Number: 0980 2:09CR00126-FVS-1

Address of Offender:                Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 26, 2010

Original Offense:   Cts. 1 and 2: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1)
Ct. 4: Possession with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1).

Original Sentence:   Prison - 78 months; TSR - 120 months      Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Ann Wick         Date Supervision Commenced: August 30, 2016

Defense Attorney:   TBD           Date Supervision Expires: December 2, 2025

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by consuming methamphetamine on or about July 13, 2019. |
| | Ohara M. Molinero called this officer on July 14, 2019, and disclosed he used methamphetamine on July 13, 2019. This officer met with Mr. Molinero and he signed an admission form on July 15, 2019, confirming his use of methamphetamine. |
| | On December 4, 2015, this officer met with Ohara M. Molinero and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Molinero signed acknowledging the requirements. |

Prob12C
Re: Molinero, Ohara M.
September 26, 2019
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by consuming methamphetamine on or about September 7, 2019.

This officer met with Mr. Molinero at his residence during the evening of September 12, 2019. Ohara M. Molinero stated he forgot to call the phase UA color line and missed his random urine test earlier in the day. He then admitted he consumed methamphetamine on or about September 7, 2019. He signed an admission form confirming his drug use.

On December 4, 2015, this officer met with Ohara M. Molinero and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Molinero signed acknowledging the requirements.

3   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by failing to attend his random urine test on September 12, 2019.

Mr. Molinero completed inpatient treatment services on February 19, 2019, at which time he was referred to The Center for Alcohol and Drug Abuse Treatment (The Center) in Wenathcee, Washington, for random urinalysis testing. Mr. Molinero failed to submit a random urine test at the Centrer on September 12, 2019. This officer met with Mr. Molinero during the evening of September 12, 2019. He said he forgot to call the color line on the listed date.

On December 4, 2015, this officer met with Ohara M. Molinero and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Molinero signed acknowledging the requirements.

4   **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully completed an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by failing to attend his group treatment on September 12, 2019, and failed to attend his individual counseling session on September 17, 2019.

Mr. Molinero completed inpatient treatment services on February 19, 2019, at which time he started his aftercare treatment services at The Center for Alcohol and Drug Abuse Treatment in Wenathcee, Washington. Mr. Molinero failed to attend his treatment sessions as noted above.

On December 4, 2015, this officer met with Ohara M. Molinero and reviewed the conditions of supervision as outlined in the Judgement and Sentence. Mr. Molinero signed acknowledging the requirements.

Prob12C
**Re: Molinero, Ohara M.**
**September 26, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 26, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

September 26, 2019
Date