PROB 12C
(6/16)

Report Date: December 13, 2021

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. McAVOY, CLERK

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ohara M. Molinero                Case Number: 0980 2:09CR00126-SAB-1

Address of Offender:                Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 26, 2010

| | |
|---|---|
| Original Offense: | Cts. 1 and 2: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1)<br>Ct. 4: Possession with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1). |
| Original Sentence: | Prison - 78 months       Type of Supervision: Supervised Release<br> TSR - 120 months |
| Asst. U.S. Attorney: | Ann Wick       Date Supervision Commenced: August 30, 2016 |
| Defense Attorney: | Katherine Westerman       Date Supervision Expires: December 2, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by consuming methamphetamine on or about November 30, 2021.

On December 4, 2015, supervised release conditions were reviewed and signed by Mr. Molinero acknowledging his understanding of special condition number 18, as noted above.

On November 30, 2021, Mr. Molinero provided a urinalysis (UA) sample at Columbia Counseling in Wenatchee, Washington.  The UA sample was sent to Millennium Health for testing.

Prob12C
**Re: Molinero, Ohara M.**
**December 13, 2021**
**Page 2**

On December 4, 2021, the results for the UA sample returned positive for the presence of methamphetamine.

2          <u>**Special Condition #18**</u>: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Ohara M. Molinero is considered to be in violation of his supervised release by consuming methamphetamine on or about December 3, 2021.

On December 4, 2015, supervised release conditions were reviewed and signed by Mr. Molinero acknowledging his understanding of special condition number 18, as noted above.

On December 3, 2021, Mr. Molinero provided a UA sample at the Center for Drug and Alcohol Treatment in Wenatchee, Washington. The UA sample was sent to Alere Toxicology Services for testing. On December 11, 2021, the results for the UA sample returned positive for the presence of methamphetamine.

3          <u>**Special Condition #18**</u>: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Ohara M. Molinero is considered to be in violation of his supervised release by consuming methamphetamine on December 7, 2021.

On December 4, 2015, supervised release conditions were reviewed and signed by Mr. Molinero acknowledging his understanding of special condition number 18, as noted above.

On December 9, 2021, this officer contacted Mr. Molinero at his mother's residence. During the contact Mr. Molinero admitted that he consumed methamphetamine on December 7, 2021.

4          <u>**Special Condition #17**</u>: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully completed an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

<u>**Supporting Evidence**</u>: Ohara M. Molinero is considered to be in violation of his supervised release by failing to call the Center for Drug and Alcohol Treatment on December 10, 2021, to complete his intake for detox and inpatient treatment, as directed by his substance abuse counselor.

On December 4, 2015, supervised release conditions were reviewed and signed by Mr. Molinero acknowledging his understanding of special condition number 17, as noted above.

Prob12C
**Re: Molinero, Ohara M.**
**December 13, 2021**
**Page 3**

On December 9, 2021, this officer contacted Mr. Molinero and directed him to keep in contact with his substance abuse counselor, who was working on getting him into an inpatient treatment facility.

On December 10, 2021, this officer spoke with Mr. Molinero's substance abuse counselor about Mr. Molinero's recent drug use.  She informed this officer that an inpatient bed date has been secured for Mr. Molinero at The Center for Drug and Alcohol Treatment.   The counselor also arranged for the offender to participate in a detox program at The Center for Drug and Alcohol Treatment prior to starting inpatient treatment.

On December 10, 2021, Mr. Molinero's substance abuse counselor directed the offender to call The Center for Drug and Alcohol Treatment on December 10, 2021, to complete the intake process and start inpatient treatment/detox program on December 13, 2021.

On December 13, 2021, Mr. Molinero's substance abuse counselor informed this officer that Mr. Molinero failed to complete the intake process at The Center for Drug and Alcohol Treatment and he is not responding to her telephone calls.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 13, 2021

s/Phil J. Casey

Phil J. Casey
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[ X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Stanley A. Bastian

Signature of Judicial Officer

12/14/2021

Date