PROB 12C
(6/16)

Report Date: February 11, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ohara M. Molinero    Case Number: 0980 2:09CR00126-SAB-1

Address of Offender:    Wenatchee, Washington 98801

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 26, 2010

| | |
|---|---|
| Original Offense: | Cts. 1 and 2: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine 21 U.S.C. § 841(a)(1)<br>Ct. 4: Possession with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 78 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | August 30, 2016 |
| Defense Attorney: | Payton Martinez | Date Supervision Expires: | December 2, 2025 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 14, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

5    **Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by consuming methamphetamine on or about February 10, 2022.

On December 4, 2015, supervised release conditions were reviewed and signed by Mr. Molinero acknowledging his understanding of special condition number 18, as noted above.

On February 10, 2022, Mr. Molinero called this officer and admitted to consuming methamphetamine earlier in the day. He also reported he left the Oxford House in Yakima, Washington, and is back in Wenatchee with his family.

Prob12C
Re: Molinero, Ohara M.
February 11, 2022
Page 2

| | | |
|---|---|---|
| 6 | | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: Ohara M. Molinero is considered to be in violation of his supervised release by leaving his approved address on February 10, 2022, without prior approval of probation.

On December 4, 2015, supervised release conditions were reviewed and signed by Mr. Molinero acknowledging his understanding of standard condition number 6, as noted above.

On February 9, 2022, this officer contacted Mr. Molinero at the Oxford House Cowiche in Yakima, Washington. During the contact, Mr. Molinero and this officer discussed the benefits of living at an Oxford House to help him maintain his sobriety.

On February 10, 2022, Mr. Molinero called this officer and reported he left the Oxford House and is at his family's house in Wentachee. He also stated the Oxford House will not take him back because he consumed methamphetamine. Mr. Molinero did not contact this officer before he decided to leave the Oxford House.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 11, 2022

s/Phil J. Casey

Phil J. Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

2/11/2022
Date