PROB 12C
(6/16)

Report Date:  May 23, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ohara M. Molinero                 Case Number: 0980 2:09CR00126-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98908

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 26, 2010

| | |
|---|---|
| Original Offense: | Cts. 1 and 2: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine 21 U.S.C. § 841(a)(1) |
| | Ct. 4: Possession with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 78 months<br>TSR - 120 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(May 10, 2022) | Prison - 23 days<br>TSR - 42 months | | |
| Asst. U.S. Attorney: | Letitia A. Sikes | Date Supervision Commenced: May 10, 2022 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 9, 2024 | |

## PETITIONING THE COURT

To issue a summons.

Mr. Molinero's supervised release conditions were reviewed with him on May 16, 2022.  The offender signed his conditions of supervision, acknowledging an understating of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Molinero is considered to be in violation of his supervised release by failing to report for a random drug test on May 7, and 16, 2024. |

Prob12C
**Re: Molinero, Ohara M.**
**May 23, 2024**
**Page 2**

This officer received notification from Merit Resource Services (Merit) that Mr. Molinero failed to report for his color line drug test on May 7, and 16, 2024. Mr. Molinero is aware he must report to Merit for a drug test when his color is called.

2          **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Molinero is considered to be in violation of his supervised release by consuming a controlled substance, methamphetamine, on or about May 16, 2024.

On May 21, 2024, Mr. Molinero reported to the probation office and admitted to consuming methamphetamine on May 16, 2024. He also explained he did not show up for his random drug test at Merit on May 16, 2024, because of his relapse.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 23, 2024
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[  ]     Other

_____
Signature of Judicial Officer

5/23/2024
_____
Date