PROB 12C
(6/16)

Report Date: June 25, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 25, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Ohara M. Molinero | Case Number: 0980 2:09CR00126-SAB-1 |
| Address of Offender: ███████████ Yakima, Washington 98908 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 26, 2010 | |
| Original Offense: | Cts. 1 and 2: Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) |
| | Ct. 4: Possession with Intent to Distribute 50 Grams or More of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 78 months  TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (May 10, 2022) | Prison - 23 days  TSR - 42 months | |
| Asst. U.S. Attorney: | Letitia A. Sikes | Date Supervision Commenced: May 10, 2022 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: November 9, 2024 |

### PETITIONING THE COURT

To issue a warrant.

Mr. Molinero's supervised release conditions were reviewed with him on May 16, 2022. The offender signed his conditions of supervision, acknowledging an understating of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #4**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.
 | **Supporting Evidence**: Mr. Molinero is considered to be in violation of his supervised release by consuming a controlled substance on or about June 22, 2024.

Prob12C
Re: Molinero, Ohara M.
June 25, 2024
Page 2

On June 22, 2024, this officer was informed Mr. Molinero consumed a controlled substance at the Happy Destiny clean and sober house on Saturday evening. Due to Mr. Molinero consuming a controlled substance, he was asked to leave the clean and sober house. Residents of the clean and sober house expressed they were concerned that Mr. Molinero would overdose if he continued to consume controlled substances. Mr. Molinero did not contact this office after leaving the residence.

On June 24, 2024, this officer discovered Mr. Molinero was at the Comprehensive Healthcare detox facility in Yakima. The detox facility would not have accepted Mr. Molinero unless he recently consumed a controlled substance.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 25, 2024

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/25/2024
Date